**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| TYKERA BRIDGEFORD, | ) ) | |
| | ) | Civil Action No. 2:25-cv-03688-JDW |
| Plaintiff, | ) | |
| v. | ) ) | |
| CAPITAL ONE, N.A., *et al.*, | ) ) | |
| Defendants. | ) ) | |

**CAPITAL ONE, N.A.'S MOTION TO DISMISS FOR FAILURE TO
PROSECUTE PURSUANT TO RULE 41(b)**

Defendant Capital One, N.A. ("Capital One") respectfully submits this Motion to Dismiss Plaintiff Tykera Bridgeford's ("Plaintiff") Complaint Pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff failed to comply with the Court's November 14, 2025, Order, ECF No. 44, and has otherwise failed to prosecute this action. Accordingly, the Court should dismiss the Complaint with prejudice for the reasons discussed in Capital One's contemporaneously filed Memorandum of Law in Support of this Motion to Dismiss.

WHEREFORE, Capital One respectfully requests that this Court enter an Order dismissing Plaintiff's Complaint with prejudice.

Dated: May 26, 2026

Respectfully submitted,

/s/ *Sean M. Craig*
Sean M. Craig (Pa. 331672)
Shamola E. Bonner, *admitted pro hac vice*
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Sean.Craig@troutman.com

Shamola.bonner@troutman.com

*Attorneys for Capital One, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all parties of record, and via U.S. first-class mail to the following:

Tykera Bridgeford
6332 Crescentville Road
Philadelphia, PA 19120

*Pro se Plaintiff*

/s/ Sean M. Craig
Sean M. Craig