**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **TYKERA BRIDGEFORD**, | |
| *Plaintiff,* | |
| v. | **Case No. 2:25-cv-03688-JDW** |
| **CAPITAL ONE, N.A., et al.**, | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 9th day of July, 2026, upon consideration of Defendant Capital One, N.A.'s Motion To Dismiss For Failure To Prosecute Pursuant To Rule 41(b) (ECF No. 45), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**, and Ms. Bridgeford's action against all Defendants are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.